INTERSTATE ROCK PRODUCTS, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Gilbert Western Corporation, Defendant.

No. 02–5020.

United States Court of Appeals, Federal Circuit.

Oct. 9, 2002.

Before CLEVENGER, Circuit Judge, ARCHER, Senior Circuit Judge, and BRYSON, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.